UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:10-cr-00213-SEB-KPF |
| | ) |
| JOHNATHAN CRAM, | ) -01 |
| | ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Paul R. Cherry's Report and Recommendation that Johnathan Cram's supervised release be modified, pursuant to Title 18, U.S.C. §3401(i) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court and orders a modification to include four (4) months at a Residential Reentry Center. In addition to the mandatory conditions of supervision, the conditions of supervised release outlined in the Report and Recommendation will be imposed.

**SO ORDERED.**

Date:  11/30/2021

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office

United States Marshal Service